BMK
Richlyn
(REK
Warren) fyi only

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2006

at 1 o'clock and 30 min P M
SUE BEITIA, CLERK

| | |
|---|---|
| KENNETH KAMAKANA,<br><br>Plaintiff - Appellee,<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor - Appellant,<br><br>GANNETT PACIFIC CORPORATION,<br>dba The Honolulu Advertiser,<br><br>Intervenor - Appellee,<br><br>V.<br><br>CITY AND COUNTY OF HONOLULU;<br>et al.,<br><br>Defendants - Appellants,<br><br>And<br><br>LEE DONAHUE, individually; et al.,<br><br>Defendants. | No. 04-15241<br><br>D.C. No. CV-00-00729-~~LEK~~ BMK<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 05/17/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 08 2006

by: _____
Deputy Clerk