# MEMORANDUM

TO: Office of the Clerk
United States District Court for the District of Hawaii
300 Ala Moana Blvd. Room C-338
Honolulu, HI 96813

FROM: Chambers of Hon. M. Margaret McKeown
United States Court of Appeals for the Ninth Circuit
401 W. A Street, Suite #2000
San Diego, CA 92101

DATE: July 17, 2006

RE: Kamakana v. City and County of Honolulu, 04-15241
D.C. No.: Civil No. 00-00729LEK

*RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 28 2006
DISTRICT OF HAWAII*

---

The record in the above-referenced case is being returned to you. Thank you.

    **6** Boxes, containing:
| | |
|---|---|
| Clerk's Files in | **18** Volumes [Boxes 1-3] |
| Reporter's Transcripts in | **8** Volumes [Box 3] |
| Sealed Documents* in | **3** Boxes [Boxes 4-6] |

*\* Each item on indexes for sealed boxes 4-6 double-checked before return—all documents on list present and accounted for. An extra document, docket #415, was in box 6 but was not on the box 6 index. Also, in box 6, docket #598 was mislabelled–it is actually #498.*

cc: Records Department
Office of the Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: October 17, 2005

To: Honorable Mary M. McKeown
United States Court of Appeals
401 West A Street
San Diego, CA 92101

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:      Civil No. 00-00729LEK    Appeal No:    04-15241

Short Title:    Kamakana vs. C&C of Honolulu

| | | |
|---|---|---|
| Clerk's Files in | 18 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | N/A | volumes (folders)  docket # |
| Reporter's Transcripts | 8 | volumes  (✓) original<br>Dates of: 8/15/02; 9/23/02; 10/16/02; 11/19/02; 01/04/01; 11/09/01; 04/02/03; and Sealed Transcript: 8/14/01 |
| Exhibits | N/A | volumes ( ) under seal |
| Sealed Documents: | 3 | boxes  (✓) under seal |

Other:
- certified copy of docket sheet
- sealed document nos: (list attached)

Acknowledgment: _[signature]_ Wadt Bick    Date: 10/20/05

6 Boxes Total

USDC HAWAII CIVIL 00-00729LEK
9CCA No. 04-15251

Box 1 = Volumes 1 - 8

Box 2 = Volumes 9 - 15

Box 3 = Volumes 16 - 18 and Transcripts:

Transcripts:

| Hearing Date | File Date |
|---|---|
| 09/23/02 | 11/12/02 |
| 08/15/02 | 04/12/04 |
| 10/16/02 | 04/12/04 |
| 11/19/02 | 04/12/04 |
| 01/04/01 | 04/13/04 |
| 11/09/01 | 04/13/04 |
| 04/01/03 | 04/13/04 |

Sealed Transcript of proceedings held 8/14/01 is in Box no. 6

USDC HAWAII CIVIL 00-00729LEK
9CCA No. 04-15251
Box 4 = SEALED DOCUMENTS:

| **Document No.** | | | **Document No.** | |
|---|---|---|---|---|
| 1. | 53 | 26. | 258 | |
| 2. | 54 | 27. | 259 | |
| 3. | 88 | 28. | 260 | |
| 4. | 89 | 29. | 268 | |
| 5. | 92 | 30. | 279 | |
| 6. | 96 | 31. | 280 | |
| 7. | 100 | 32. | 298 | |
| 8. | 101 | 33. | 306 | |
| 9. | 102 | 34. | 308 | |
| 10. | 103 | 35. | 310 | |
| 11. | 107 | 36. | 315 | |
| 12. | 202 | 37. | 316 | |
| 13. | 211 | 38. | 317 | |
| 14. | 212 | 39. | 318 | |
| 15. | 215 | 40. | 319 | |
| 16. | 226 | 41. | 328 | |
| 17. | 227 | 42. | 329 | |
| 18. | 231 | 43. | 330 | |
| 19. | 236 | 44. | 338 | (Part 1 of 4) |
| 20. | 251 | | | |
| 21. | 252 | | | |
| 22. | 253 | | | |
| 23. | 254 | | | |
| 24. | 255 | | | |
| 25. | 256 | | | |

USDC HAWAII CIVIL 00-00729LEK
9CCA No. 04-15251
Box 5 = SEALED DOCUMENTS

**Document No.**

1. 338 (part 2 of 4)
2. 338 (part 3 of 4)
3. 338 (part 4 of 4)
4. 339
5. 340
6. 341 (part 1 of 2)
7. 341 (part 2 of 2)
8. 343
9. 344
10. 345

USDC HAWAII CIVIL 00-00729LEK
9CCA No. 04-15251
Box 6 = SEALED DOCUMENTS

| | **Document No.** |
|---|---|
| 1. | 346 |
| 2. | 347 |
| 3. | 348 |
| 4. | 349 |
| 5. | 352 |
| 6. | 353 |
| 7. | 372 |
| 8. | 373 |
| 9. | 374 |
| 10. | 391 |
| 11. | 404 |
| 12. | 405 |
| 13. | 409 |
| 14. | 410 |
| 15. | 411 |
| 16. | 424 <415 |
| 17. | 427 |
| 18. | 432 |
| 19. | 434 |
| 20. | 438 |
| 21. | 445 |
| 22. | 446 |
| 23. | 447 |
| 24. | 450 |

| | **Document No.** |
|---|---|
| 25. | 460 |
| 26. | 461 |
| 27. | 462 |
| 28. | 476 |
| 29. | 477 |
| 30. | 478 |
| 31. | 479 |
| 32. | 480 |
| 33. | 489 |
| 34. | 494 |
| 35. | 495 |
| 36. | 497 |
| 37. | ~~598~~ 498 |
| 38. | 506 |
| 39. | 508 |
| 40. | 518 |
| 41. | 522 |
| 42. | 529 |
| 43. | 530 |

Box 6 also contains:

SEALED Minute Order with and in regards to Submission of USA's In Camera Documents;

Various Correspondence placed UNDER SEAL, and

SEALED TRANSCRIPT OF PROCEEDINGS held 08/14/01 *(filed 4/13/04)*