McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON    #995
Five Waterfront Plaza, Suite 400
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 529-7300

Attorney for Plaintiff
KENNETH KAMAKANA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KENNETH KAMAKANA, | CIVIL NO. 00-00729 SOM LEK |
| Plaintiff, | CERTIFICATION OF IRENE CHUNG REGARDING DESTRUCTION OF CONFIDENTIAL MATERIALS; EXHIBIT "A" |
| vs. | |
| CITY & COUNTY OF HONOLULU, HONOLULU POLICE DEPARTMENT, LEE DONOHUE, both in his official capacity, and individually, MILTON OLMOS, both in his official capacity, and individually, JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50, DOE GOVERNMENTAL AGENCIES 1-50, AND DOE ENTITIES 1-50, | |
| Defendants. | |

CERTIFICATION OF IRENE CHUNG REGARDING
DESTRUCTION OF CONFIDENTIAL MATERIALS

147431.1
10/3/06

I, Irene Chung, hereby certify as follows:

1. I am a legal assistant with the law firm of McCorriston Miller Mukai MacKinnon LLP.

2. I have done a thorough and diligent search for all "Confidential Material", as defined in the First Amended Stipulated Protective Order, entered on June 1, 2001 ("SPO"), in my possession, custody or control;

3. In compliance with the terms of the SPO as modified by the Confidential Release and Settlement Agreement ("Settlement Agreement"), and the Settlement Agreement, we have destroyed by shredding all of our pleading files, deposition transcripts and discovery materials, including all "Confidential Materials", found pursuant to my search as set forth in no. 2 above, as is shown by the Invoice and Destruction Declaration from Shred-It Hawaii dated September 29, 2006, attached hereto as Exhibit "A".

Dated: Honolulu, Hawaii, October 3, 2006.

_____
Irene Chung

147431.1
10/3/06