

# INVOICE

SHRED-IT HAWAII
91-238 Kauhi Street
Kapolei, HI 96707
PHONE   808-841-6605

*PLEASE SUBMIT PAYMENT FROM THIS INVOICE* NET-30

INVOICE NO: 06199497
DATE: 9/29/2006
PURGE

TO: McCorriston Miller Mukai MacKinnon    BILL TO:
500 Ala Moana Blvd.
5 Waterfront Plaza
Honolulu, HI 96813

TAX ID

## DESTRUCTION DECLARATION

ON THE DATE SHOWN, DESIGNATED CONFIDENTIAL DATA WAS SHREDDED AND DESTROYED AS PER CUSTOMER'S INSTRUCTIONS.

TRUCK NO.: 319            TRUCK NO.:            TOTAL TIME ___ HRS. ___ MIN.
TIME IN: 315              TIME IN:
TIME OUT: 415             TIME OUT:             CLIENT SIGNATURE: X [signature]

MOBILE CUSTOMER SERVICE REP.: JOSE            PRINT CLIENT NAME

| ACCOUNT NO. | TERMS | PURCHASE ORDER NO. |
|---|---|---|
| 6100067 | NET 30 DAYS, 2% PER MONTH ON OVERDUE ACCOUNTS | |

WE RECYCLE

THIS YEAR YOUR FIRM'S SHARE OF WOOD SAVED THROUGH SHRED-IT'S RECYCLING PROGRAM AMOUNTS TO    82    TREES.

THANK YOU FOR YOUR BUSINESS

| ITEM | RATE | AMOUNT |
|---|---|---|
| Shredding Per Minute | 3.00 | |
| 44 BX | | $176.00 |
| TAX % | | |
| **TOTAL CHARGES** | | $176.00 |



# CERTIFICATE OF DESTRUCTION

THANK YOU FOR YOUR BUSINESS.

EXHIBIT "A"



SECURING YOUR OFFICE
AND THE ENVIRONMENT

