McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON         #995
Five Waterfront Plaza, Suite 400
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 529-7300

Attorney for Plaintiff
KENNETH KAMAKANA

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 3 2006

at 3 o'clock and 45 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KENNETH KAMAKANA, | ) | CIVIL NO. 00-00729 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | RE: CERTIFICATION OF IRENE |
| vs. | ) | CHUNG REGARDING |
| | ) | DESTRUCTION OF |
| CITY & COUNTY OF HONOLULU, | ) | CONFIDENTIAL MATERIALS; |
| HONOLULU POLICE | ) | EXHIBIT "A" |
| DEPARTMENT, LEE DONOHUE, | ) | |
| both in his official capacity, and | ) | |
| individually, MILTON OLMOS, both in | ) | |
| his official capacity, and individually, | ) | |
| JOHN DOES 1-50, JANE DOES 1-50, | ) | |
| DOE PARTNERSHIPS 1-50, DOE | ) | |
| CORPORATIONS 1-50, DOE | ) | |
| GOVERNMENTAL AGENCIES 1-50, | ) | |
| AND DOE ENTITIES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE RE:
CERTIFICATION OF IRENE CHUNG REGARDING
DESTRUCTION OF CONFIDENTIAL MATERIALS; EXHIBIT "A"

147431.1
10/3/06

I hereby certify that a copy of the CERTIFICATION OF IRENE CHUNG REGARDING DESTRUCTION OF CONFIDENTIAL MATERIALS; EXHIBIT "A" was duly hand-delivered to the following counsel on October 3, 2006:

>JEROLD T. MATAYOSHI, ESQ.
>LOIS H. YAMAGUCHI, ESQ.
>Fukunaga Matayoshi Hershey & Ching
>Davies Pacific Center, Suite 1200
>841 Bishop Street
>Honolulu, Hawaii 96813
>
>Attorneys for Defendants
>CITY AND COUNTY OF HONOLULU,
>HONOLULU POLICE DEPARTMENT,
>LEE DONOHUE, in his official
>capacity, and MILTON OLMOS,
>in his official capacity
>
>
>WARREN PRICE, III, ESQ.
>Price Okamoto Himeno & Lum
>Ocean View Center, Suite 728
>707 Richards Street
>Honolulu, Hawaii 96813
>
>Attorneys for Defendant
>LEE DONOHUE, individually

147431.1
10/3/06

GAIL Y. COSGROVE, ESQ.
Hisaka Stone Goto Yoshida
    Cosgrove & Ching
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813

Attorneys for Defendant
MILTON OLMOS, individually

DATED: Honolulu, Hawaii October 3, 2006.

_____
WILLIAM C. McCORRISTON

Attorney for Plaintiff
KENNETH KAMAKANA

<u>Kenneth Kamakana vs. City and County of Honolulu, et al.</u>
Civil No. 00-00729 SOM LEK
Certificate of Service

3

147431.1
10/3/06